# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Charles Robert CUNNINGHAM | )<br>)<br>)<br>)<br>) Case No. 7/9mJ142<br>)<br>) |
| _____<br>*Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Charles Robert CUNNINGHAM                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ☑ Complaint

❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

18 United States Code Section 922(g)(1) Possession of a Firearm by Convicted Felon

Date:     10/25/2019                              _____
                                                                          *Issuing officer's signature*

City and state:     Roanoke, VA                          Robert S. Ballou, United States Magistrate Judge
                                                                          *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

                                                                          _____
                                                                          *Arresting officer's signature*

                                                                          _____
                                                                          *Printed name and title*